STATE of Missouri, Respondent,

v.

Tommy E. WILLIAMS, Appellant.

Tommy WILLIAMS, Appellant,

v.

STATE of Missouri, Respondent.

Nos. WD 45618, WD 48716.

Missouri Court of Appeals,
Western District.

June 13, 1995.

Motion for Rehearing and/or Transfer to
Supreme Court Denied Aug. 1, 1995.

Application to Transfer Denied
Sept. 19, 1995.

Dennis J.C. Owens, Kansas City, for appellant.

Philip M. Koppe, Asst. Atty. Gen., Kansas City, for respondent.

Before KENNEDY, P.J., and
LOWENSTEIN and HANNA, JJ.

#### ORDER

PER CURIAM.

Appeal from conviction upon a jury trial of first degree murder, § 565.020.1, RSMo 1986, two counts of armed criminal action, § 571.015.1, RSMo 1986, and one count of first degree assault, § 565.050, RSMo 1986.

Appellant also appeals from the dismissal of his untimely Rule 29.15 motion.

Judgment affirmed.   Rule 84.16(b) and Rule 30.25(b).